AIRPORT AUTHORITY v. IRVIN

No. 150 PC.

Now No. 19 PA 82.

Case below: 54 N.C. App. 355.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 27 January 1982.

CHINAULT v. PIKE ELECTRICAL CONTRACTORS

No. 67 PC.

Now No. 17 PA 82.

Case below: 53 N.C. App. 604.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 27 January 1982.

DEESE v. LAWN AND TREE EXPERT CO.

No. 42 PC.

Now No. 16 PA 82.

Case below: 53 N.C. App. 607.

Petition by plaintiff Deese for discretionary review under G.S. 7A-31 allowed 27 January 1982.

HARRELL v. STEVENS & CO.

No. 177 PC.

Case below: 54 N.C. App. 582.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1982.

HARRIS v. GUYTON

No. 156 PC.

Case below: 54 N.C. App. 434.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1982.